STEPHEN A. SOMMERS, SBN 225742
Law Offices of Stephen A. Sommers
870 Market Street, Ste. 1142
San Francisco, CA 94102
(415) 260-5457 (Telephone)
(415) 434-8453 (Fax)
stevesommers@gmail.com

Attorney for Plaintiffs
UNITED SCREENERS ASSOCIATION LOCAL ONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION LOCAL ONE, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No.: C05-00001 JSW<br><br>~~(proposed)~~ **ORDER TO SUBSTITUTE ATTORNEY** |

UPON STIPULATED MOTION TO SUBSTITUTE ATTORNEY, this court orders the substitution of counsel for Plaintiffs THE UNITED SCREENERS ASSOCIATION LOCAL ONE from Leslie C. Leone to STEPHEN A. SOMMERS. All future notices, pleadings, and communications should be addressed to Stephen A. Sommers, at the following address:

///

Law Offices of Stephen A. Sommers
**SUBSTITUTION OF ATTORNEY**
*UNITED SCREENERS ASSOC. LOCAL ONE, et al. v. CCSF, et al.*
Page 1 of 2

870 Market Street, Ste. 1142
San Francisco, CA 94102

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 22, 2005

/s/ Jeffrey S. White
Honorable Jeffery S. White

**SUBSTITUTION OF ATTORNEY**
*UNITED SCREENERS ASSOC. LOCAL ONE, et al. v. CCSF, et al.*
Page 2 of 2