1  THE LAW OFFICES OF STEPHEN A. SOMMERS
   Stephen Sommers, CSB 225742
2  870 Market Street, Ste. 1142
   San Francisco, CA 94102
3  Tel: 415-377-5304
   Fax: 415-434-8453
4
   THE LAW OFFICES OF MATTHEW KUMIN,
5  A PROFESSIONAL CORPORATION
   Matthew Kumin, CSB 177561
6  870 Market Street, Ste. 1128
   San Francisco, CA 94102
7  Tel; 415-434-8454
   Fax:415-434-8453
8
   Representing Plaintiffs
9  and The United Screeners Association LOCAL ONE

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 | In the Matter of: | ) | **Case No.: 05 0001 JSW** |
15 | The United Screeners Association LOCAL ONE | ) |
   | | ) | **STIPULATION AND ORDER TO** |
16 | | ) | **EXTEND TIME TO FILE SECOND** |
   | Mr. Stevenson Fong | ) | **AMENDED COMPLAINT** |
17 | Former COVENANT Baggage OSARP | ) |
   | Screener | ) |
18 | Plaintiff, | ) |
19 | Mr. Raly Fernandez | ) |
   | Former COVENANT employee | ) |
20 | Plaintiff, | ) |
21 | Mr. Nathaniel Montevirgen | ) |
   | Former COVENANT employee | ) |
22 | Plaintiff, | ) |
23 | Mr. Joel Balderama | ) |
   | COVENANT Baggage Handler | ) |
24 | Plaintiff, | ) |
   | Mr. Eric Latosa | ) |
25 | COVENANT Baggage and OSARP | ) |
   | Screener | ) |
26 | Plaintiff, | ) |
27 | DOES 1-10. | ) |
   | | ) |
28 | v | ) |
   | | ) |
   | CITY AND COUNTY OF SAN | ) |

                                                         1

1  FRANCISCO; and JOHN                              )
2  L. MARTIN, in his official capacity as            )
   Director of The San Francisco International        )
3  Airport                                           )
                                                     )
4                        Defendant,                  )
                                                     )
5  COVENANT AVIATION SECURITY                        )
   L.L.C;                                            )
6                        Defendant,                  )
                                                     )
7  DOES 1 – 10.                                      )
                                                     )
8  _____                 )

9

10

11

12

13

14

15

16      In its "Order On Defendants' Motions To Dismiss" dated May 23, 2005, granting the

17  motions to dismiss with leave to amend, the Court ordered Plaintiff to file its second amended

18  complaint on June 13, 2005. Additionally, the Court strongly urged plaintiff's counsel to provide

19  a copy of the amended complaint to Defendants' counsel prior to the filing date.

20      Plaintiff's counsel transmitted the complaint to defendants' counsel on Thursday, June 9,

21  2005. The attorneys were unable to schedule a conference call until June 13 in the morning to

22  discuss the complaint. During that conference call, the parties agreed that numerous issues

23  required additional research and agreed to stipulate to a week's extension to file.

24      Accordingly, the parties stipulate that Plaintiff shall have until June 20, 2005 to file the

25  amended complaint and request this Court leave for Plaintiff's to file their complaint on Monday,

26  June 20, 2005. The parties further stipulate that defendants shall file their responsive pleadings

27  by no later than July 12, 2005.

28

---

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT
05-0001JSW

DATED: **6-13-05**

LITTLER MENDELSON
JOSEPH A. SCHWACHTER
RICHARD N. HILL
KIMBERLY L. OWENS

_____
KIMBERLY L. OWENS
Attorneys for defendant COVENANT SECURITY, LLC.

DATED: 6/13/05

DENNIS J. HERRERA
City Attorney
JONATHAN C. ROLNICK
Deputy City Attorney

_____
JONATHAN C. ROLNICK
Attorneys for the CITY AND COUNTY OF SAN FRANCISCO

DATED: 6/13/05

THE LAW OFFICES OF STEPHEN A. SOMMERS
THE LAW OFFICES OF MATTHEW KUMIN, P.C.

_____
MATTHEW KUMIN
Attorneys for Plaintiffs, USA LOCAL ONE

STIPULATION AND ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT
05-0001JSW

3

PAGE 4/3 * RCVD AT 6/13/05 11:30:24 AM [Pacific Daylight Time] * SVR:07 * DNIS:8560 * CSID:415 434 8455 * DURATION (mm-ss):02-26

TOTAL P.02

1

2

3  THE PARTIES HAVING STIPULATED THAT PLAINTIFF MAY HAVE AN EXTENSION

4  TO FILE ITS AMENDED COMPLAINT.   THE PARTIES FURTHER STIPULATE THAT

5  DEFENDANTS SHALL FILE THEIR RESPONSIVE PLEADINGS BY NO LATER THAN

6  JULY 12, 2005.

7

8  IT IS HEREBY ORDERED;

9  PLAINTIFF SHALL FILE ITS SECOND AMENDED COMPLAINT NO LATER THAN JUNE

10  20, 2005. DEFENDANTS SHALL FILE THEIR RESPONSIVE PLEADINGS BY NO LATER
   THAN JULY 12, 2005.

11  The case management conference on July 15, 2005 remains on calendar.

12  DATED:  June 13, 2005

13

14                          /s/ Jeffrey S. White

15                          JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4