1  JOSEPH A. SCHWACHTER, Bar No. 108124
   RICHARD N. HILL, Bar No. 083629
2  KIMBERLY L. OWENS, Bar No. 233185
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
5  Facsimile:     415.399.8490
   E-Mail Addresses:  rhill@littler.com;
6  kowens@littler.com

7  Attorneys for Defendant
   COVENANT AVIATION SECURITY, LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 | THE UNITED SCREENERS         | Case No. C 05-00001 JSW
   | ASSOCIATION LOCAL ONE;
12 | STEVENSON FONG; RALY
   | FERNANDEZ; NATHANIEL          | **STIPULATED REQUEST AND**
13 | MONTEVIRGEN; JOEL BALDERAMA;  | ~~(PROPOSED)~~ **ORDER TO EXTEND**
   | ERIC LATOSA; and DOES 1-10,   | **DEFENDANTS' TIME TO RESPOND TO**
14 |                               | **THE SECOND AMENDED COMPLAINT**
   |            Plaintiffs,
15 |                               | [U.S.D.C. N.D. L.R. 6-1(b) and 6-2(a)]
   |      v.
16 |
   | CITY AND COUNTY OF SAN
17 | FRANCISCO; SAN FRANCISCO
   | AIRPORT COMMISSION; JOHN L.
18 | MARTIN, in his official capacity as
   | Director of the San Francisco International
19 | Airport; COVENANT AVIATION
   | SECURITY, LLC; and DOES 1-10,
20 |
   |            Defendants.
21

22

23

24

25

26

27

28

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST AND ~~(PROPOSED)~~
ORDER TO EXTEND TIME TO RESPOND TO
SECOND AMENDED COMPLAINT

Case No. C 05-00001 JSW

1         Plaintiffs filed their Second Amended Complaint on June 20, 2005. Both Defendant Covenant Aviation Security, LLC ("Covenant") and Defendants City and County of San Francisco and John L. Martin (collectively the "City") intend to file motions to dismiss under Federal Rule 12. Covenant requires additional time to respond because the Second Amended Complaint sets forth two additional causes of action against Covenant that require extensive legal research. Additional time will be helpful for Covenant to appropriately address the issues. (See Declaration of Richard Hill, ¶ 5.)

        The City requires additional time to respond because it intends to renew its motion to dismiss under Rule 12(b)(1) and to submit evidence in support of that motion. Due to the unavailability of certain witnesses, the City will be unable to present such evidence within the time currently provided. (See Declaration of Jonathan Rolnick, ¶ 4.)

        The earliest date on which a hearing for the motion to dismiss may be noticed at this time is October 14, 2005. Therefore, extending the time for responding to the Second Amended Complaint will allow Defendants sufficient time to address Plaintiffs' additional claims without affecting the schedule of the case.

        Accordingly, the Parties hereby stipulate, and request the Court to so order, that the time for all Defendants to respond to the Second Amended Complaint is extended from July 12, 2005, the date established by the Stipulation and Order to Extend Time to File the Second Amended Complaint that was signed by the Court on June 13, 2005, until July 25, 2005.

        Defendant Covenant and Defendants City and County of San Francisco and John L. Martin shall respond to the Second Amended Complaint on or before July 25, 2005.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT     2.     Case No. C 05-00001 JSW

IT IS SO STIPULATED:

Dated: July 8, 2005

*Richard N. Hill* (signature)
RICHARD N. HILL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

Dated: July ____, 2005

_____
JONATHAN C. ROLNICK
DEPUTY CITY ATTORNEY
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO AIRPORT COMMISSION and JOHN L. MARTIN

Dated: July ____, 2005

_____
STEPHEN A. SOMMERS
THE LAW OFFICES OF STEPHEN A. SOMMERS
Attorney for Plaintiffs
THE UNITED SCREENERS ASSOCIATION LOCAL ONE; STEVENSON FONG; RALY FERNANDEZ; NATHANIEL MONTEVIRGEN; JOEL BALDERAMA; and ERIC LATOSA

IT IS SO ORDERED:

Dated: July 11, 2005

/s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Judge

Firmwide:80193676.1 046584.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT        3.        Case No. C 05-00001 JSW

JUL-08-2005 15:26 P.02/02
Case 3:05-cv-00001-JSW Document 50 Filed 07/11/05 Page 4 of 5
Case 3:05-cv-00001-JSW Document 47 Filed 07/08/2005 Page 4 of 5

1  IT IS SO STIPULATED:

2

3

4  Dated: July _____, 2005

5  
RICHARD N. HILL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

6

7

8

9  Dated: July 8, 2005

10  JONATHAN C. ROLNICK
DEPUTY CITY ATTORNEY
Attorney for Defendants
CITY AND COUNTY OF SAN
FRANCISCO, SAN FRANCISCO AIRPORT
COMMISSION and JOHN L. MARTIN

11

12

13

14  Dated: July _____, 2005

15  
STEPHEN A. SOMMERS
THE LAW OFFICES OF STEPHEN A.
SOMMERS
Attorney for Plaintiffs
THE UNITED SCREENERS ASSOCIATION
LOCAL ONE; STEVENSON FONG; RALY
FERNANDEZ; NATHANIEL
MONTEVIRGEN; JOEL BALDERAMA; and
ERIC LATOSA

16

17

18

19

20

21  IT IS SO ORDERED:

22  Dated: July _____, 2005

23  
HONORABLE JEFFREY S. WHITE
United States District Judge

24  Firmwide:80193676.1 046584.1008

25

26

27

28

LITTLER MENDELSON
STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
3.
Case No. C 05-00001 JSW

PAGE 2/2 * RCVD AT 7/8/05 3:23:36 PM [Pacific Daylight Time] * SVR:/7 * DNIS:6599 * CSID: * DURATION (mm-ss):00-58
TOTAL P.02

1  IT IS SO STIPULATED:
2
3
4  Dated: July _____, 2005
5                                              _____
                                                RICHARD N. HILL
6                                               LITTLER MENDELSON
                                                A Professional Corporation
                                                Attorneys for Defendant
7                                               COVENANT AVIATION SECURITY, LLC
8
9  Dated: July _____, 2005
10                                             _____
                                                JONATHAN C. ROLNICK
11                                              DEPUTY CITY ATTORNEY
                                                Attorney for Defendants
12                                              CITY AND COUNTY OF SAN
                                                FRANCISCO, SAN FRANCISCO AIRPORT
                                                COMMISSION and JOHN L. MARTIN
13
14  Dated: July 8, 2005
15                                             _____
                                                STEPHEN A. SOMMERS
16                                              THE LAW OFFICES OF STEPHEN A. SOMMERS
                                                Attorney for Plaintiffs
17                                              THE UNITED SCREENERS ASSOCIATION
                                                LOCAL ONE; STEVENSON FONG; RALY
18                                              FERNANDEZ; NATHANIEL
                                                MONTEVIRGEN; JOEL BALDERAMA; and
19                                              ERIC LATOSA
20
21  IT IS SO ORDERED:
22  Dated: July _____, 2005
23                                              _____
                                                HONORABLE JEFFREY S. WHITE
                                                United States District Judge
24  Firmwide:80193676.1 046584.1008
25
26
27
28

STIPULATED REQUEST AND (PROPOSED)
ORDER TO EXTEND TIME TO RESPOND TO     3.                    Case No. C 05-00001 JSW
SECOND AMENDED COMPLAINT