IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION LOCAL ONE; WINSTON ARVER; STEVENSON FONG; RALY FERNANDEZ; NATHANIEL MONTEVIRGEN; RICHARD HERMANSON; JEFF MICHAELSON; JOEL BALDERAMA; ERIC LATOSA and DOES 1-10,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO AIRPORT COMMISSION; JOHN L. MARTIN, in his official capacity as Director of the San Francisco International Airport; COVENANT AVIATION SECURITY, LLC; GERRY BERRY, in his official capacity as President of Covenant Aviation Security LLC<br><br>    Defendant.<br>_____/ | No. C 05-00001 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

    On July 25, 2005 Defendants filed motions to dismiss Plaintiffs' Second Amended Complaint, which are currently noticed for hearing on October 14, 2005. The Court HEREBY ORDERS that Plaintiffs' opposition shall be due on August 8, 2005, and Defendants' replies, if any, shall be due on August 15, 2005. If the parties wish to modify this schedule, they may submit for the Court's consideration, a stipulation and proposed order demonstrating good

1  cause for any modification requested.

3  **IT IS SO ORDERED.**

4  Dated: July 26, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California