1  THE LAW OFFICES OF STEPHEN A. SOMMERS
   Stephen Sommers, CSB 225742
2  870 Market Street, Ste. 1142
   San Francisco, CA  94102
3  Tel: 415-260-5457
   Fax: 415-434-8453
4

5  THE LAW OFFICES OF MATTHEW KUMIN, P.C.
   Matthew W. Kumin, CSB 177561
6  870 Market Street, Ste. 1128
   San Francisco, California 94102
7  Tel: 415-434-8454
   Fax: 415-434-8453
8

9  Attorneys for Plaintiff
   UNITED SCREENERS ASSOCIATION
10 LOCAL ONE

11                   IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 In the Matter of:                      )  Case No.:05 0001 JW
                                          )
16 THE UNITED SCREENERS ASSOCIATION )  STIPULATION AND PROPOSED
17 LOCAL ONE                              )  ORDER TO MODIFY COURT ORDERED
                                          )  BRIEFING SCHEDULE
18            Plaintiffs                   )
                                          )  MOTION DATE: OCTOBER 14, 2005
19      vs.                               )  TIME: 9:00 A.M.
                                          )  CTRM: 2, Hon. Jeffrey White
20 CITY AND COUNTY OF SAN FRANCISCO )
   et al,                                 )
21            Defendants.                 )
                                          )
22                                        )
                                          )
23 _____ )

24
       Responding to Plaintiff's second amended complaint, both defendants have filed motions
25
   to dismiss and set the hearing for October 14, 2005. This Court then sent out an abbreviated

   Stipulation and Order To Modify Court ordered briefing schedule
   No. 05 0001 JSW

Case3:05-00000SWDocument662 Filed08/01/2005Page23of 3

1  briefing schedule requiring plaintiff to file opposition to the two motions by August 8, 2005,

2  rather than three weeks prior to the hearing date as provided for in the Federal Rules. For good

3  cause outlined below and in the supporting declaration of Jonathan Rolnick filed separately, the

4  parties request the following briefing schedule: Plaintiff's opposition shall be due August 22,

5  2005; Defendants' reply briefs shall be due September 2, 2005.

6      Plaintiff's co-counsel Matthew Kumin was recently diagnosed (7/21/05) with a medical

7  condition that has limited his working hours. Additionally, he has spent this past week preparing

8  summary judgment opposition papers for filing on July 29, 2005 in <u>Wong v. Costco et al.</u>, SF

9  Superior Court No. 434114.  He anticipates a limited work schedule for the next few weeks.

10     Mr. Sommers has previously made vacation plans for August 2 through August 7, and

11  has purchased tickets for that trip. He will be attending a reunion for returned Peace Corps Chad

12  volunteers. Prior to leaving he will be working on and preparing for an August 8th filing, the

13  second amended complaint in <u>Alperin et al. v. Gorilla Foundation</u>, No. 444886, San Mateo

14  Superior Court.

15     The defendants have stipulated to the extension of time to file opposition papers and the

16  parties therefore request that plaintiffs be given leave to file their opposition to the two motions

17  to dismiss on August 22, 2005 with Defendants' reply briefs due September 2, 2005.

18

19  DATED:
20  8-1-2005

     LITTLER MENDELSON
     JOSEPH A. SCHWACHTER
     RICHARD N. HILL
     KIMBERLY L. OWENS

21

22  _____
     KIMBERLY L. OWENS
23   Attorneys for Defendant
     COVENANT AVIATION SECURITY, LLC
24

25                                                                          2

Stipulation and Order To Modify Court ordered briefing schedule
No. 05 0001 JSW

1  DATED: 8/1/05                    DENNIS J. HERRERA
                                    City Attorney
2                                   JONATHAN C. ROLNICK
                                    Deputy City Attorney
3

4

5                                   _____
                                    JONATHAN C. ROLNICK
                                    Attorneys for the CITY AND COUNTY OF SAN FRANCISCO
6

7

8

9  DATED: 8/1/05                    THE LAW OFFICES OF STEPHEN A. SOMMERS
                                    THE LAW OFFICES OF MATTHEW KUMIN, P.C.
10

11                                  _____
                                    MATTHEW KUMIN
12                                  Attorneys for Plaintiffs, USA LOCAL ONE

13

14 GOOD CAUSE HAVING BEEN SHOWN AND A STIPULATION ENTERED INTO BY THE

   PARTIES,
15

16 **IT IS HEREBY ORDERED;**

17 PLAINTIFFS SHALL FILE THEIR OPPOSITION TO DEFENDANT CITY AND

18 COVENANT'S MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT NO

19 LATER THAN AUGUST 22, 2005.  DEFENDANTS' REPLY BRIEFS SHALL BE DUE NO

20 LATER THAN SEPTEMBER 2, 2005.

21

22 DATED: August 1, 2005

23

24                                  _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE
25
                                                                                   3

   Stipulation and Order To Modify Court ordered briefing schedule
   No. 05 0001 JSW