JOSEPH A. SCHWACHTER, Bar No. 108124
RICHARD N. HILL, Bar No. 083629
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-Mail Addresses: rhill@littler.com;
kowens@littler.com

Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION LOCAL ONE; STEVENSON FONG; RALY FERNANDEZ; NATHANIEL MONTEVIRGEN; JOEL BALDERAMA; ERIC LATOSA; and DOES 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO AIRPORT COMMISSION; JOHN L. MARTIN, in his official capacity as Director of the San Francisco International Airport; COVENANT AVIATION SECURITY, LLC; and DOES 1-10,<br><br>Defendants. | Case No. C 05-00001 JSW<br><br>**STIPULATED REQUEST AND ~~(PROPOSED)~~ ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>**[U.S.D.C. N.D. L.R. 6-1(b) and 6-2(a)]** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST TO EXTEND
DEFENDANTS' TIME TO FILE REPLY
BRIEFS

Case No. C 05-00001 JSW

Defendant Covenant Aviation Security, LLC ("Covenant") and Defendants the City and County of San Francisco, the San Francisco Airport Commission, and John L. Martin (collectively the "City") have filed motions to dismiss the Second Amended Complaint ("the Complaint") in this matter. Both motions are currently scheduled for hearing on October 14, 2005.

On August 22, 2005, Plaintiffs filed their oppositions. Because the hearing is not until October 14, 2005, extending the time for Defendants to reply to Plaintiffs' oppositions will allow Defendants sufficient time to address the legal issues raised by Plaintiffs' oppositions without affecting the schedule of the case. Accordingly, the Parties hereby stipulate, and respectfully request the Court to so order, that the time for all Defendants to reply to Plaintiffs' opposition to the motions to dismiss the Second Amended Complaint is extended from September 2, 2005 until September 14, 2005.

Defendant Covenant and Defendant the City shall file their respective reply briefs on or before September 14, 2005.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEFS

2.

Case No. C 05-00001 JSW

IT IS SO STIPULATED:

Dated: August 29, 2005

_____
KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

Dated: August ____, 2005

_____
JONATHAN C. ROLNICK
DEPUTY CITY ATTORNEY
Attorney for Defendants
CITY AND COUNTY OF SAN
FRANCISCO, SAN FRANCISCO AIRPORT
COMMISSION and JOHN L. MARTIN

Dated: August ____, 2005

_____
MATTHEW W. KUMIN
THE LAW OFFICES OF MATTHEW
KUMIN, P.C.
Attorney for Plaintiffs
THE UNITED SCREENERS ASSOCIATION
LOCAL ONE; STEVENSON FONG; RALY
FERNANDEZ; NATHANIEL
MONTEVIRGEN; JOEL BALDERAMA; and
ERIC LATOSA

IT IS SO ORDERED:

Dated: August 29, 2005

_____
United States District Judge

By Phyllis J. Hamilton
United States District Judge

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEFS

3.

Case No. C 05-00001 JSW

1  IT IS SO STIPULATED:

2

3

4  Dated: August _____, 2005

5                                                KIMBERLY L. OWENS
                                              LITTLER MENDELSON

6                                                A Professional Corporation
                                              Attorneys for Defendant

7                                                COVENANT AVIATION SECURITY, LLC

8

9  Dated: August 29, 2005

10                                               JONATHAN C. ROLNICK
                                              DEPUTY CITY ATTORNEY

11                                               Attorney for Defendants
                                              CITY AND COUNTY OF SAN
                                              FRANCISCO, SAN FRANCISCO AIRPORT

12                                               COMMISSION and JOHN L. MARTIN

13

14 Dated: August _____, 2005

15                                               MATTHEW W. KUMIN
                                              THE LAW OFFICES OF MATTHEW

16                                               KUMIN, P.C.
                                              Attorney for Plaintiffs

17                                               THE UNITED SCREENERS ASSOCIATION
                                              LOCAL ONE; STEVENSON FONG; RALY

18                                               FERNANDEZ; NATHANIEL
                                              MONTEVIRGEN; JOEL BALDERAMA; and

19                                               ERIC LATOSA

20

21 IT IS SO ORDERED:

22

23 Dated: August _____, 2005

24                                               United States District Judge

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST TO EXTEND
DEFENDANTS' TIME TO FILE REPLY
BRIEFS

3.

Case No. C 05-00001 JSW

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | |
| 3 | |
| 4 | Dated: August _____, 2005 |
| 5 | _____ |
| | KIMBERLY L. OWENS |
| | LITTLER MENDELSON |
| | A Professional Corporation |
| 6 | Attorneys for Defendant |
| | COVENANT AVIATION SECURITY, LLC |
| 7 | |
| 8 | |
| 9 | Dated: August _____, 2005 |
| 10 | _____ |
| | JONATHAN C. ROLNICK |
| | DEPUTY CITY ATTORNEY |
| | Attorney for Defendants |
| 11 | CITY AND COUNTY OF SAN |
| | FRANCISCO, SAN FRANCISCO AIRPORT |
| 12 | COMMISSION and JOHN L. MARTIN |
| 13 | |
| 14 | Dated: August 29, 2005 |
| 15 | /s/ Matthew W. Kumin |
| | _____ |
| | MATTHEW W. KUMIN |
| | THE LAW OFFICES OF MATTHEW |
| 16 | KUMIN, P.C. |
| | Attorney for Plaintiffs |
| 17 | THE UNITED SCREENERS ASSOCIATION |
| | LOCAL ONE; STEVENSON FONG; RALY |
| 18 | FERNANDEZ; NATHANIEL |
| | MONTEVIRGEN; JOEL BALDERAMA; and |
| 19 | ERIC LATOSA |
| 20 | |
| 21 | IT IS SO ORDERED: |
| 22 | |
| 23 | Dated: August _____, 2005 |
| | _____ |
| | United States District Judge |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEFS

3.

Case No. C 05-00001 JSW