IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED SCREENERS ASSOCIATION
LOCAL ONE, et al.

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO;
SAN FRANCISCO AIRPORT
COMMISSION, et al.

        Defendants.
                             /

No. C 05-00001 JSW

**ORDER GRANTING DEFENDANT COVENANT AVIATION SECURITY, LLC'S MOTION TO DISMISS THE FOURTH AND FIFTH CAUSES OF ACTION OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

     This matter comes before the Court upon consideration of the motion to dismiss the fourth and fifth causes of action of Plaintiffs' Second Amended Complaint ("SAC") filed by Defendant Covenant Aviation Security, LLC ("Covenant"). Having considered the parties' pleadings, relevant legal authority, having had the benefit of oral argument and considering Plaintiffs' concessions on the record at oral argument that they cannot proceed against Covenant on the fourth and fifth causes of action, the Court GRANTS the motion and DISMISSES WITH PREJUDICE the fourth and fifth causes of action.

     **IT IS SO ORDERED.**

Dated: October 14, 2005

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE