IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED SCREENERS ASSOCIATION
LOCAL ONE, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 05-00001 JSW

**ORDER TO SHOW CAUSE**

On October 14, 2005, this matter came before the Court for a hearing on the motion to dismiss filed by Defendants City and County of San Francisco, John L. Martin, and the San Francisco Airport Commission. Counsel for the Defendants, the Office of the City Attorney, failed to appear at the hearing, without explanation and without any advance notice to the Court. Following the hearing, the Court received a message from Mr. Rolnick advising the Court that he had the hearing calendared for 1:00 p.m. Mr. Rolnick's pleadings, however, note the correct hearing time of 9:00 a.m.

Accordingly, the Court ORDERS as follows:

(1) Counsel for Defendants shall demonstrate good cause why the Court should not impose sanctions for their failure to appear at the hearing on their motion to dismiss. A response to this Order to Show Cause shall be due no later than October 28, 2005, and shall include a written plan as to how counsel shall avoid this situation as to future appearances before this Court. The submission from Defendants shall be signed by City Attorney Dennis J. Herrera in addition to Mr.

Rolnick. A reply to that response, if any, shall be due no later than November 4, 2005. By that same date, counsel for Plaintiffs shall submit a declaration setting forth the costs and expenses incurred in attending the October 14, 2005 hearing on the Defendants' motion to dismiss.

(2) The Court will have a hearing on this Order to Show Cause to address the issues of sanctions and reimbursement of attorney's fees on Friday, November 18, 2005 at 9:00 a.m. The Court requires the attendance of Dennis J. Herrera at this hearing and a copy of this Order shall be provided to Mr. Herrera.

**IT IS SO ORDERED.**

Dated: October 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE