IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE UNITED SCREENERS ASSOCIATION
LOCAL ONE, et al.

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

        Defendants.

No. C 05-00001 JSW

**ORDER CONTINUING SHOW CAUSE HEARING**

Having received the response to the Order to Show Cause from counsel for Defendant City and County of San Francisco, and good cause appearing, the Court HEREBY CONTINUES the hearing on the Order to Show Cause to December 9, 2005 at 9:00 a.m. This continuance shall not alter the briefing schedule previously set by this Court.

**IT IS SO ORDERED.**

Dated: October 31, 2005

                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE