1     JOSEPH A. SCHWACHTER, Bar No. 108124
        RICHARD N. HILL, Bar No. 083629
2     KIMBERLY L. OWENS, Bar No. 233185
        LITTLER MENDELSON
3     A Professional Corporation
        650 California Street, 20th Floor
4     San Francisco, CA 94108.2693
        Telephone:       415.433.1940
5     Facsimile:        415.399.8490
        E-Mail Addresses: rhill@littler.com;
6     kowens@littler.com

7     Attorneys for Defendant
        COVENANT AVIATION SECURITY, LLC

8

9                      UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12   THE UNITED SCREENERS ASSOCIATION LOCAL ONE; STEVENSON FONG; RALY FERNANDEZ; NATHANIEL MONTEVIRGEN; JOEL BALDERAMA; ERIC LATOSA; and DOES 1-10, <br><br> 15            Plaintiffs <br><br> 16    v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO AIRPORT COMMISSION; JOHN L. MARTIN, in his official capacity as Director of the San Francisco International Airport; COVENANT AVIATION SECURITY, LLC; and DOES 1-10, <br><br> 21         Defendants. | Case No. C 05 00001 JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** <br><br> **[Civil L.R. 16-8]** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**                       Case No. C 05 00001 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel report that they have met and conferred regarding ADR and have reached the following stipulations pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Early Neutral Evaluation (ENE).

The parties agree to hold the ADR session by: 120 days from the date of this order.

Dated: November ___, 2005

STEPHEN A. SOMMERS
THE LAW OFFICES OF STEPHEN
A. SOMMERS
Attorney for Plaintiffs
THE UNITED SCREENERS
ASSOCIATION LOCAL ONE;
STEVENSON FONG; RALY
FERNANDEZ; NATHANIEL
MONTEVIRGEN; JOEL
BALDERAMA; and ERIC LATOSA

Dated: November ___, 2005

JONATHAN C. ROLNICK
DEPUTY CITY ATTORNEY
Attorney for Defendants
CITY AND COUNTY OF SAN
FRANCISCO; SAN FRANCISCO
AIRPORT COMMISSION; and JOHN
L. MARTIN

Dated: November ___, 2005

KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY,
LLC

STIPULATION AND [PROPOSED]

2.

Case No. C 05 00001 JSW

1    Counsel report that they have met and conferred regarding ADR and have reached the

2    following stipulations pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3    The parties agree to participate in the following ADR process:  Early Neutral

4    Evaluation (ENE).

5    The parties agree to hold the ADR session by:  120 days from the date of this order.

6

7    Dated: November _____, 2005

8    _____
     STEPHEN A. SOMMERS
     THE LAW OFFICES OF STEPHEN
9    A. SOMMERS
     Attorney for Plaintiffs
10   THE UNITED SCREENERS
     ASSOCIATION LOCAL ONE;
     STEVENSON FONG; RALY
11   FERNANDEZ; NATHANIEL
     MONTEVIRGEN; JOEL
12   BALDERAMA; and ERIC LATOSA

13

14   Dated: November 14, 2005    _____
                                 JONATHAN C. ROLNICK
15                               DEPUTY CITY ATTORNEY
                                 Attorney for Defendants
16                               CITY AND COUNTY OF SAN
                                 FRANCISCO; SAN FRANCISCO
17                               AIRPORT COMMISSION; and JOHN
                                 L. MARTIN
18

19   Dated: November _____, 2005

20   _____
     KIMBERLY L. OWENS
     LITTLER MENDELSON
21   A Professional Corporation
     Attorneys for Defendant
     COVENANT AVIATION SECURITY,
22   LLC

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433 1940

STIPULATION AND [PROPOSED]          2.          Case No. C 05 00001 JSW
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulations pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:   Early Neutral Evaluation (ENE).

The parties agree to hold the ADR session by:  120 days from the date of this order.

Dated: November _____, 2005

_____
STEPHEN A. SOMMERS
THE LAW OFFICES OF STEPHEN
A. SOMMERS
Attorney for Plaintiffs
THE UNITED SCREENERS
ASSOCIATION LOCAL ONE;
STEVENSON FONG; RALY
FERNANDEZ; NATHANIEL
MONTEVIRGEN; JOEL
BALDERAMA; and ERIC LATOSA

Dated: November _____, 2005

_____
JONATHAN C. ROLNICK
DEPUTY CITY ATTORNEY
Attorney for Defendants
CITY AND COUNTY OF SAN
FRANCISCO; SAN FRANCISCO
AIRPORT COMMISSION; and JOHN
L. MARTIN

Dated: November 14, 2005

_____
KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COVENANT AVIATION SECURITY,
LLC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**                          2.                          Case No. C 05 00001 JSW

1

**[PROPOSED] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Early

3  Neutral Evaluation (ENE). The deadline for the parties to ~~hold~~ the ADR session shall be 120 days
   complete

4  from the date of this order.

5

6  IT IS SO ORDERED:

7

8  Dated: November 15   , 2005

*Jeffrey S White*

HONORABLE JEFFREY S. WHITE
United States District Judge

9

10

11

12  Firmwide:80585525.1 046584.1008

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

3.

Case No. C 05 00001 JSW