1    JOSEPH A. SCHWACHTER, Bar No. 108124
     KURT R. BOCKES, Bar No. 171647
2    KIMBERLY L. OWENS, Bar No. 233185
     LITTLER MENDELSON
3    A Professional Corporation
     650 California Street
4    20th Floor
     San Francisco, CA  94108.2693
5    Telephone:    415.433.1940
     Facsimile:    415.399.8490
6    E-Mail Addresses: Jschwachter@littler.com
     Kbockes@littler.com; Kowens@littler.com
7

     Attorneys for Defendant
8    COVENANT AVIATION SECURITY, LLC

9

10                  UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION LOCAL ONE; STEVENSON FONG; RALY FERNANDEZ; NATHANIEL MONTEVIRGEN; JOEL BALDERAMA; ERIC LATOSA; and DOES 1-10,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO AIRPORT COMMISSION; JOHN L. MARTIN, in his official capacity as Director of the San Francisco International Airport; COVENANT AVIATION SECURITY, LLC; and DOES 1-10,<br><br>        Defendant. | Case No.  C 05-00001 JSW [ECF]<br><br>**STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>**[U.S.D.C. N.D. L.R. 6-1(b); 6-2(a); 7-12]** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No.  C 05-00001 JSW [ECF]

1        Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the parties to this action

2   agreed to participate in Early Neutral Evaluation ("ENE") and stipulated to hold the ENE session

3   within 120 days of the date of the Court's ADR order. On November 15, 2005, the Court entered an

4   order approving the parties' ADR stipulation and setting March 15, 2005 as the deadline to complete

5   ENE.

6        On January 3, 2006, the parties received notice from the Court that Michael J. Loeb

7   was appointed as the evaluator for this case. Subsequently, Mr. Loeb notified the parties on or about

8   February 16, 2006 that he was available to hold the ENE session either on March 13 or 14, 2006, or

9   on a date during the week of March 27, 2006. March 13 and 14 were not workable dates for all the

10  parties. However, all parties agreed that they were available to participate in the ENE session on

11  March 29, 2006. Mr. Loeb has also confirmed that he is available to hold the ENE session on March

12  29. (Owens Declaration, ¶¶ 3-4.)

13       This is the first request the parties have made to extend the ENE deadline. The trial

14  date for this matter is September 25, 2006; the requested time modification will not affect the case

15  schedule. (Owens Declaration, ¶¶ 5-6.)

16       Accordingly, the parties hereby stipulate to extend the ENE deadline from March 15,

17  2006 to <u>March 29, 2006</u>. The parties respectfully request the Court to so order.

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No.  C 05-00001 JSW [ECF]

2.

**STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**

1    IT IS SO STIPULATED:

2

3

4    Dated: ~~February~~ March 1, 2006          _Kimberly L. Owens_
                                                _____
5                                              KIMBERLY L. OWENS
                                               LITTLER MENDELSON
6                                              A Professional Corporation
                                               Attorneys for Defendant
7                                              COVENANT AVIATION SECURITY, LLC

8

9    Dated: February ___, 2006                 _____

10                                             JONATHAN C. ROLNICK
                                               DEPUTY CITY ATTORNEY
11                                             Attorney for Defendants
                                               CITY AND COUNTY OF SAN
12                                             FRANCISCO, SAN FRANCISCO AIRPORT
                                               COMMISSION and JOHN L. MARTIN

13

14   Dated: February ___, 2006                 _____

15                                             STEPHEN A. SOMMERS
                                               THE LAW OFFICES OF STEPHEN A.
16                                             SOMMERS
                                               Attorney for Plaintiffs
17                                             THE UNITED SCREENERS ASSOCIATION
                                               LOCAL ONE; STEVENSON FONG; RALY
18                                             FERNANDEZ; NATHANIEL
                                               MONTEVIRGEN; JOEL BALDERAMA; and
19                                             ERIC LATOSA

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23   Dated: March 2, 2006                      _____
                                               THE HONORABLE JEFFREY S. WHITE
24                                             United States District Judge

25   Firmwide:80857530.2 046584.1008

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

**STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**

1    IT IS SO STIPULATED:

2

3

4    Dated: February ___, 2006

5                                              KIMBERLY L. OWENS
                                              LITTLER MENDELSON
6                                              A Professional Corporation
                                              Attorneys for Defendant
7                                              COVENANT AVIATION SECURITY, LLC

8

9    Dated: February ___, 2006

10                                             JONATHAN C. ROLNICK
                                              DEPUTY CITY ATTORNEY
11                                            Attorney for Defendants
                                              CITY AND COUNTY OF SAN
12                                            FRANCISCO, SAN FRANCISCO AIRPORT
                                              COMMISSION and JOHN L. MARTIN
13

14   Dated: February ___, 2006

15                                             STEPHEN A. SOMMERS
                                              THE LAW OFFICES OF STEPHEN A.
16                                            SOMMERS
                                              Attorney for Plaintiffs
17                                            THE UNITED SCREENERS ASSOCIATION
                                              LOCAL ONE; STEVENSON FONG; RALY
18                                            FERNANDEZ; NATHANIEL
                                              MONTEVIRGEN; JOEL BALDERAMA; and
19                                            ERIC LATOSA

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23   Dated: _____, 2006

                                              THE HONORABLE JEFFREY S. WHITE
24                                            United States District Judge

25   Firmwide:80857530.2 046584.1008

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

Case No.  C 05-00001 JSW [ECF]                           3.

STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION

1   IT IS SO STIPULATED:

2

3

4   Dated: February ___, 2006

5                                          _____
                                           KIMBERLY L. OWENS
6                                          LITTLER MENDELSON
                                           A Professional Corporation
7                                          Attorneys for Defendant
                                           COVENANT AVIATION SECURITY, LLC

8

9   Dated: February ___, 2006

10                                         _____
                                           JONATHAN C. ROLNICK
11                                         DEPUTY CITY ATTORNEY
                                           Attorney for Defendants
12                                         CITY AND COUNTY OF SAN
                                           FRANCISCO, SAN FRANCISCO AIRPORT
13                                         COMMISSION and JOHN L. MARTIN

14   Dated: ~~February~~ MARCH /, 2006

15                                         _____
                                           STEPHEN A. SOMMERS
16                                         THE LAW OFFICES OF STEPHEN A.
                                           SOMMERS
17                                         Attorney for Plaintiffs
                                           THE UNITED SCREENERS ASSOCIATION
18                                         LOCAL ONE; STEVENSON FONG; RALY
                                           FERNANDEZ; NATHANIEL
19                                         MONTEVIRGEN; JOEL BALDERAMA; and
                                           ERIC LATOSA

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23   Dated: _____, 2006
                                           _____
24                                         THE HONORABLE JEFFREY S. WHITE
                                           United States District Judge

25   Firmwide:80857530.2 046584.1008

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693

Case No. C 05-00001 JSW [ECF]                    3.