IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION, LOCAL ONE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | No. C 05-00001 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

The last date in this case to hear dispositive motions is July 21, 2006. The deadline for filing motions to be heard on that date having passed, and no motions having been filed, the parties are HEREBY ORDERED to submit a joint report advising the Court about the status of this case and whether they expect to proceed with the pretrial conference set for August 28, 2006.

**IT IS SO ORDERED.**

Dated: July 5, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE