DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
1390 Market St., Fifth Floor
San Francisco, California 94102
Telephone:     (415) 554-3971
Facsimile:      (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO AIRPORT COMMISSION
and JOHN L. MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED SCREENERS ASSOCIATION LOCAL ONE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al.,<br><br>Defendants. | Case No. C05-00001 JSW<br><br>**STIPULATION DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO AIRPORT COMMISSION, AND JOHN L. MARTIN** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs United Screeners Association Local One ("Plaintiff") and Defendants City and County of San Francisco, San Francisco Airport Commission, and John L. Martin (collectively the "City Defendants") through their designated counsel that all of Plaintiff's claims against the City Defendants in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: July 11, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
Deputy City Attorney


By: s:/Jonathan C. Rolnick
JONATHAN C. ROLNICK
Deputy City Attorneys

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO AIRPORT COMMISSION and
JOHN L. MARTIN

Dated: July 12, 2005

STEPHEN A. SOMMERS
MATTHEW KUMIN
Attorney for Plaintiff The United Screeners Association Local One

IT IS SO ORDERED
Judge Jeffrey S. White

July 17, 2006

STIP. DISMISSING CLAIMS (FRCP 41)
CASE NO. C05-00001 JSW                                2                        N:\LABOR\LI2005\051006\00387071.DOC